673 A.2d 866

**In re Nomination Petition of Michael J. McMONAGLE (Candidate for Republican Delegate to the National Convention), Francis T. Sullivan, Petitioner.**

Supreme Court of Pennsylvania.

Submitted March 26, 1996.

Decided March 27, 1996.

No. 13 E.D. Appeal Docket 1996.

John P. Williamson, Broomall, for M. McMonagle.

Bradley K. Moss, Philadelphia, for F. Sullivan.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM:

AND NOW, this 27th day of March, 1996, it is ordered that the request for an expedited hearing is DENIED, and the Order of the Commonwealth Court granting the Petition to Set Aside the Nomination Petition of Michael J. McMonagle for Delegate to the Republican National Convention from the Second Congressional District is hereby AFFIRMED.